NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant, *v.* MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

(Argued January 7, 1935; decided January 22, 1935.)

*Warnick J. Kernan, Gerald J. Dean* and *Jesse J. Holland* for appellant.

*Charles G. Blakeslee* and *John T. Ryan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.